**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GILBERT R. AGIOLAR, | ) NO. CV 06-00554-DOC (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| JEANNE S. WOODFORD, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: February 26, 2009.

/s/ David O. Carter
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE